Curtis Morrison
(CA# 321106)
(DC# 1631896)



MOR...
Morrison Urena, L.C. -

Rafael Urena
(NY# 5164058)

> **MEMO ENDORSED:**
>
> The application is granted. The initial pretrial conference scheduled for November 4, 2021 is adjourned to **December 2, 2021 at 10:45 a.m.** The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.
>
> SO ORDERED.
>
> *Paul G. Gardephe* (signature)
>
> Paul G. Gardephe
> United States District Judge
> Dated: November 3, 2021

*BY ECF*

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

RE:   *Shaibi v. Jaddou, 1:2 l-cv-06780-PGG*
      Unopposed Request for Adjournment of the November 4, 2021 Conference

Dear Judge Gardephe:

We are attorneys representing 54 Yemeni-American families in the above referenced action, in which plaintiffs seek to enjoin Defendants' Yemeni 1-130 policy and order USCIS to adjudicate unreasonably delayed and unlawfully withheld 1-130 petitions. Plaintiffs humbly request an adjournment of the conference set for November 4, 2021. Lead counsel, Rafael Urena, will be unavailable on the date of the pre-trial conference. Mr. Urena's partner has just given birth to their first child, and will need additional time to prepare. Plaintiffs will be prejudiced if Mr. Urena is unable to adequately prepare and subsequently participate in the conference. Mr. Urena apologizes to all of the parties to the action for any inconvenience caused by the adjournment.

Defendants have stated that they do not oppose the request and have even indicated their consent to a joint request rescheduling the conference to November 18, 2021 or a time thereafter. This is Plaintiffs' first request for an adjournment. We thank the Court for its consideration of the request, and again apologize for any inconvenience

Respectfully submitted,

*/s/Rafael Urena*
Rafael Urena*
Curtis Morrison*
Jana Al-Akhras*
Jonathan Aftalion*
Pro Hac Vice
*Attorneys for the Plaintiffs*