UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDULHAKEEM AHMAD SHAIBI, et al.

               Plaintiffs,

v.

UR MENDOZA JADDOU, et al.

               Defendant.

**ORDER**

21 Civ. 6780 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The hearing scheduled for December 2, 2021 is adjourned to **December 9, 2021 at 4:00 p.m.** and will now take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY. Defendants are directed to submit the "updates" to the USCIS Policy Manual referenced in their November 25, 2021 letter forthwith. (Dkt. No. 51 at 2) Defendants will submit briefing to address the issue of mootness by December 2, 2021. Plaintiffs' opposition papers, if any, are due by December 6, 2021.

Dated: New York, New York
         December 1, 2021

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge