

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

> **MEMO ENDORSED**:
> The parties' proposed extension of the briefing schedule is granted. The hearing scheduled for December 9, 2021 is adjourned to **January 27, 2022 at 4:00 p.m.**
>
> SO ORDERED.
>
> /s/ Paul G. Gardephe
> ―――――――――――――
> Paul G. Gardephe
> United States District Judge
> Dated: December 2, 2021

<u>BY ECF</u>
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    *Shaibi et al. v. Jaddou*, 21-cv-6780

Dear Judge Gardephe:

    This Office represents the government in the above-referenced action. This afternoon, the Court issued an order adjourning the conference scheduled for tomorrow until December 9, and directing the parties to file briefing addressing mootness, with the government's brief due by December 2 and the plaintiffs' brief in response due by December 6. *See* ECF No. 52. Counsel for the parties have conferred, and jointly respectfully request that the Court adjourn the December 9 conference until a date convenient to the Court in the second week of January 2022 (*i.e.*, the week of January 10), and modify the schedule for briefing on mootness such that the government's brief would be due by December 14, and the plaintiffs' brief in response would be due by December 23.

    Counsel for the parties make this joint request based on, among other things, their respective schedules and deadlines in other cases. This is the first request for an extension of these deadlines, and it is jointly requested by all parties.

    We thank the Court for its consideration of these requests.

                    Respectfully,

                    DAMIAN WILLIAMS
                    United States Attorney for the
                    Southern District of New York

       By:    */s/ Brandon M. Waterman*
              BRANDON M. WATERMAN
              Assistant United States Attorney
              86 Chambers Street, Third Floor
              New York, New York 10007
              Tel.   (212) 637-2741

cc:    Counsel of Record (by ECF)