UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDULHAKEEM AHMAD SHAIBI, et al.

                Plaintiffs,

v.

UR MENDOZA JADDOU, et al.

                Defendant.

**ORDER**

21 Civ. 6780 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The hearing scheduled for today is adjourned to **Monday, January 31, 2022, at 4:00 p.m.**[1]

Dated: New York, New York
      January 27, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge

---

[1] The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone hearing by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  The day before the hearing, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the hearing so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.