UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDULHAKEEM AHMAD SHAIBI, et al.

              Plaintiffs,

v.

UR MENDOZA JADDOU, ALEJANDRO MAYORKAS, and MERRICK GARLAND,

             Defendants.

**ORDER**

21 Civ. 6780 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons stated at today's hearing, Plaintiffs' motion for a preliminary injunction (Dkt. No. 32) is denied, and Defendants' motion to seal (Dkt. No. 38) is granted. The Clerk of Court is directed to terminate the motions.

      Any amended complaint is to be filed by **February 22, 2022**. Defendants will submit a letter by **March 1, 2022**, stating whether they wish to move to dismiss the amended complaint. If so, Defendants will propose a briefing schedule that has been discussed with Plaintiffs' counsel.

      As discussed at today's hearing, the parties agree that the claims of Plaintiffs whose I-130 petitions have been fully adjudicated should be dismissed. By **February 7, 2022**, the parties will submit a stipulation of dismissal as to the claims of these Plaintiffs.

Dated: New York, New York
        January 31, 2022

                            SO ORDERED.

                            *Paul G. Gardephe*

                            Paul G. Gardephe
                            United States District Judge